**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

---

In Re:                                                        Case #1336351

**Debtor:** YANITZA HERNANDEZ                    Chapter 13

---

### FINAL REPORT OF LOSS MITIGATION MEDIATOR

**The undersigned court-appointed loss mitigation Mediator, reports to the court as follows:**

**A.** The final Loss Mitigation Mediation (LMM) conference was conducted on 08-21-2014 and the following parties were present:

1. [ x ] The Debtor: Yanitza Hernandez
2. [ x ] The Debtor's Attorney: Robert Sanchez
3. [ x ] The Lender's Representative: Mike Taylor
4. [ x ] The Lender's Attorney: Steve Gaddy

**B.** The final LMM conference was scheduled for 08-21-2014 but not conducted for the following reason:

1. [    ] The parties settled prior to attending
2. [    ] The case was dismissed
3. [    ] The debtor failed to attend
4. [    ] The debtor's attorney failed to attend
5. [    ] The lender failed to attend
6. [    ] The lender's attorney failed to attend
7. [    ] Other

**C.** The result of the LMM conference is as follows:

1. [    ] The parties reached an agreement
2. [ x ] The parties did not reach an agreement

Dated: 08.21.14                    Signature of Mediator: _____ /S/ _____

                                   Printed Name: Robin Weiner

                                   Address: 151 North Nob Hill Road #132 Plantation, FL 33324

Copies To:                         Phone: (754) 227-9449

[All Parties to Mediation]         Email: impartialmediator@gmail.com