UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:
Yanitza Hernandez,                              Case No. 13-36351-LMI
    Debtor.                                      Chapter 13
_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COMES NOW,** the Debtor, Yanitza Hernandez, by and through her undersigned counsel and files this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On October 31, 2013 the instant case was filed.

2. On May 16, 2014 debtor's fifth amended chapter 13 plan was confirmed.

3. On June 23, 2015 the Trustee issued a Notice of Delinquency.

4. The debtor has been unable to become current in the required time frame.

5. The debtor will not continue to make payments to the secured creditor CitiMortgage, Inc. since she is seeking to sell the property and exempt the proceeds.

6. On July 9, 2015, the Court entered the Order Granting Debtor's Motion To Approve Sale of Homestead and Exempt Proceeds.

7. The debtor desires to modify her plan in order to become current with their Chapter 13 plan without the payment to the above-mentioned secured creditor.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving debtor's First Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ecf and U.S. Mail this 13th day of August 2015:  to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Streer
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez*_____
       Robert Sanchez, Esq., FBN#0442161